## (June 19, 1973)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. STANLEY VICTOR JOHNSON, Petitioner, v. J. EDWIN LA VALLEE, as Superintendent of Clinton Correctional Facility, Respondent.— Application, pursuant to CPLR 7002 (subd. [b], par. 2), for a writ of habeas corpus denied for failure of compliance with CPLR 7002 (subd. [c], par. 1). In any event, an application to set aside a sentence must be made to the trial court pursuant to CPL 440.20. Herlihy, P. J., Staley, Jr., Sweeney, Main and Reynolds, JJ., concur.

## (June 20, 1973)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN REYNOLDS, Appellant, v. J. EDWIN LA VALLEE, as Superintendent of Clinton Correctional Facility, Respondent.— Motion for permission to proceed as a poor person and for assignment of counsel. Appellant concedes that the issues which he seeks to raise in this proceeding have already been passed upon in an earlier appeal (see *People* v. *Reynolds*, 38 A D 2d 892, affd. 31 N Y 2d 723). Motion for permission to proceed as a poor person granted, provided a timely appeal has been taken; and motion in all other respects denied. The appeal may be perfected in accordance with sections 800.19 through 800.27 of the Rules of Practice of the Third Department (22 NYCRR 800.19–800.27). Herlihy, P. J., Staley, Jr., Sweeney, Main and Reynolds, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM E. DOUD, Petitioner, v. J. EDWIN LA VALLEE, as Superintendent of Clinton Correctional Facility, Respondent.— Application, pursuant to CPLR 7002 (subd. [b], par. 2), for a writ of habeas corpus denied without prejudice to a motion to the trial court pursuant to CPL 440.10. Herlihy, P. J., Staley, Jr., Sweeney, Main and Reynolds, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JUAN TORRES, Petitioner, v. J. EDWIN LA VALLEE, as Superintendent of Clinton Correctional Facility, Respondent.— Application, pursuant to CPLR 7002 (subd. [b], par. 2), for a writ of habeas corpus denied without prejudice to a motion to the trial court pursuant to CPL 440.20. Herlihy, P. J., Staley, Jr., Sweeney, Main and Reynolds, JJ., concur.

■ ALEXANDER SACKS, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 55283.) — Motion for a stay pending appeal from an order denying claimant's application for permission to make a mechanical recording for his own use of his oral examination before trial. Motion denied and appeal dismissed, without costs, on the ground that the order is not appealable since it does not affect a substantial right (see CPLR 5701, subd. [a] par. 2, cl. [v]). We note, however, that we see no valid reason for the denial of claimant's application to make a cassette recording for his own use of his oral examination in this case. Staley, Jr., J. P., Cooke, Sweeney, Kane and Main, JJ., concur.